NEDA N. DAL CIELO, Bar No. 161982
SUZANNE R. SIDUN, Bar No. 217984
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 14th Floor
San Jose, CA  95113.2303
Telephone:      408.998.4150

Attorneys for Defendants
ECHOSTAR SATELLITE CORPORATION; LLC; DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND DISH NETWORK SERVICE CORPORATION, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| MICHAEL DAYA,<br><br>           Plaintiff,<br><br>     v.<br><br>ECHOSTAR SATELLITE CORPORATION; DISH NETWORK CALIFORNIA SERVICE CORPORATION; DISH NETWORK SERVICE CORPORATION; ECHOSPHERE CORPORATION; and DOES 1-50,<br><br>           Defendant. | Case No. C 05-01737 JL<br><br>**NOTICE OF FILING REMOVAL** |

///

///

///

///

///

///

///

///

///

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
Fourteenth Floor
San Jose, CA  95113.2303
408.998.4150

Case No. C 05-01737 JL                                                                                    NOTICE OF FILING REMOVAL

TO PLAINTIFF MICHAEL DAYA, AND HIS ATTORNEYS OF RECORD, THE LAW OFFICES OF LUCIUS COOPER:

NOTICE IS HEREBY GIVEN that ECHOSTAR SATELLITE CORPORATION; LLC; DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND DISH NETWORK SERVICE CORPORATION, LLC, Defendants in Action No. RG 05-200243, Superior Court of the State of California, County of Alameda, have filed in the United States District Court, Northern District of California, San Francisco/Oakland Division, a Notice of Removal of Civil Action pursuant to 28 U.S.C. sections 1441 and 1446.

Dated: April 27, 2005

NEDA N. DAL CIELO
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
ECHOSTAR SATELLITE CORPORATION; LLC;
DISH NETWORK CALIFORNIA SERVICE
CORPORATION; AND DISH NETWORK
SERVICE CORPORATION, LLC

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
Fourteenth Floor
San Jose, CA 95113.2303
408.998.4150

Case No. C 05-01737 JL                2.                **NOTICE OF FILING REMOVAL**

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 50 West San Fernando Street, 14th Floor, San Jose, California 95113-2303. On April 27, 2005, I served the within document(s):

**NOTICE OF FILING REMOVAL**

☐ by facsimile transmission at or about _____ on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 408.288.5686. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

☒ by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Jose, California addressed as set forth below.

☐ by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐ by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

Jeremy Pasternak
Beth W. Mora
Law Offices of Lucius Cooper
A Professional Corporation
18 Crow Canyon Court, Suite 145
San Ramon, California 94583

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 27, 2005, at San Jose, California.

_____
Elizabeth Bond

Firmwide:80000602.1 049145.1003

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
Fourteenth Floor
San Jose, CA 95113.2303
408.998.4150

Case No. C 05-01737 JL       3.       **NOTICE OF FILING REMOVAL**