IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DAYA, | No. C 05-1737 CRB |
| Plaintiff, | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| ECHOSTAR SATELLITE CORPORATION et al., | |
| Defendants. | |

    Defendants' response to this Court's Order to Show Cause proves by a preponderance of the evidence that the parties are diverse and that the amount in controversy is satisfied. Accordingly, the Court's Order To Show Cause is DISCHARGED.

**IT IS SO ORDERED.**

Dated: May 23, 2005

/s/
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1737\orderdischargingosc.wpd