| | |
|---|---|
| 1 | NEDA N. DAL CIELO, Bar No. 161982 |
| | SUZANNE R. SIDUN, Bar No. 217984 |
| 2 | LITTLER MENDELSON |
| | A Professional Corporation |
| 3 | 50 West San Fernando Street |
| | 14th Floor |
| 4 | San Jose, CA  95113.2303 |
| | Telephone:    408.998.4150 |
| 5 | Facsimile:     408.288.5686 |
| | E-mail: ndalcielo@littler.com |
| 6 | |
| 7 | Attorneys for Defendants |
| | ECHOSTAR SATELLITE CORPORATION, LLC; |
| | DISH NETWORK CALIFORNIA SERVICE |
| 8 | CORPORATION; AND DISH NETWORK |
| | SERVICE CORPORATION, LLC |
| 9 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MICHAEL DAYA, | | Case No.  C 05-1737 CRB |
| | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| | v. | |
| ECHOSTAR SATELLITE CORPORATION; DISH NEWORK CALIFORNIA SERVICE CORPORATION; DISH NETWORK SERVICE CORPORATION; ECHOSPHERE CORPORATION,, | | Judge:  The Honorable Charles R. Breyer<br>Dept:    8, 19th Floor |
| | Defendants. | |

WHEREAS, the Case Management Conference hearing in the above-entitled case is currently scheduled for August 26, 2005 at 8:30 a.m. in Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, California 94102; and

WHEREAS, counsel for both parties met and conferred regarding rescheduling the Case Management Conference; and

WHEREAS, the parties have not requested any continuances to date; and

WHEREAS, the parties have agreed that the Case Management Conference should be

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA  95113.2303
408.998.4150

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT
CONFERENCE (NO.  C 05-1737 CRB)

1  re-scheduled due to conflicts with the August 26, 2005 date; and

2      NOW THEREFORE, the parties hereby stipulate as follows:

3      1. The Case Management Conference hearing of Friday, August 26, 2005 may
4  be vacated and the matter reset for hearing on Friday, ~~September 30,~~ October 07, 2005 at 8:30 a.m. in Courtroom
5  8, 19th Floor.

6      2. The Case Management Conference filed by the parties on Friday, August 12,
7  2005 will remain in effect for the conference on ~~September 30,~~ October 07, 2005.

9  Dated: August 17, 2005      /s/
                 NEDA N. DAL CIELO
                 LITTLER MENDELSON
                 A Professional Corporation
                 Attorneys for Defendants
                 ECHOSTAR SATELLITE CORPORATION, LLC; DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND DISH NETWORK SERVICE CORPORATION, LLC

15 Dated: August 16, 2005      /s/
                 BETH W. MORA
                 LAW OFFICES OF LUCIUS A COOPER
                 A Professional Corporation
                 Attorneys for Plaintiff
                 MICHAEL DAYA

19 IT IS SO ORDERED.

21 Dated: ~~May ___, 1998~~ August 19, 2005

[APPROVED — Judge Charles R. Breyer, United States District Court, Northern District of California]

                 UNITED STATES DISTRICT COURT JUDGE

23 Firmwide:80328648.1 049145.1003

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA  95113.2303
408.998.4150

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE (NO. C 05-1737 CRB)

2.