1  NEDA N. DAL CIELO, Bar No. 161982
   SUZANNE R. SIDUN, Bar No. 217984
2  LITTLER MENDELSON
   A Professional Corporation
3  50 West San Fernando Street
   14th Floor
4  San Jose, CA  95113.2303
   Telephone:    408.998.4150
5  Facsimile:    408.288.5686
   E-mail: ndalcielo@littler.com
6
   Attorneys for Defendants
7  ECHOSTAR SATELLITE CORPORATION, LLC;
   DISH NETWORK CALIFORNIA SERVICE
8  CORPORATION; AND DISH NETWORK
   SERVICE CORPORATION, LLC
9

10                 UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13  MICHAEL DAYA,                    Case No.  C 05-1737 CRB

14            Plaintiff,             STIPULATION AND [PROPOSED]
                                     ORDER CONTINUING DEADLINE FOR
15     v.                            COMPLETION OF EARLY NEUTRAL
                                     EVALUATION, CASE MANAGEMENT
16  ECHOSTAR SATELLITE               CONFERENCE, AND DEADLINE FOR
    CORPORATION; DISH NEWORK         FILING CASE MANAGEMENT
17  CALIFORNIA SERVICE               CONFERENCE STATEMENT
    CORPORATION; DISH NETWORK
18  SERVICE CORPORATION;             Judge:  The Honorable Charles R. Breyer
    ECHOSPHERE CORPORATION,,         Dept:   8, 19th Floor
19
            Defendants.
20

21          WHEREAS, the deadline for completing Early Neutral Evaluation in the above-

22  entitled case is currently scheduled for January 5, 2006.  This matter is also set for a Further Case

23  Management Conference on January 20, 2006 at 8:30 a.m. in Courtroom 8, 19th Floor, 450 Golden

24  Gate Avenue, San Francisco, California 94102; and

25          WHEREAS, counsel for both parties met and conferred regarding rescheduling of the

26  Early Neutral Evaluation deadline, Case Management Conference statement filing deadline, and the

27  Further Case Management Conference; and

28          WHEREAS, Plaintiff is currently in Syria and is unable to return to the United States

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA  95113.2303
408.998.4150

STIPULATION AND [PROPOSED] ORDER
CONT. ENE DEADLINE AND FURTHER CMC
(NO.  C 05-1737 CRB)

until January 2006 due to security restrictions on travel between the United States and various countries in the Middles East; and

WHEREAS, the parties have agreed to schedule Plaintiff's deposition and the Early Neutral Evaluation during the approximately 20-day window while Plaintiff is in the United States in January 2006; and

WHEREAS, the parties have agreed that, in light of Plaintiff's absence from the Country until approximately January 5, 2006, a continuance of the Early Neutral Evaluation deadline is necessary to allow Defendants an opportunity to take Plaintiff's deposition prior to the ENE; and

WHEREAS, the parties agree that judicial economy would be served by continuing the deadline for the ENE and the Case Management Conference to allow the parties to complete ENE prior to any Further Case Management Conference; and

NOW THEREFORE, the parties hereby stipulate as follows:

1.      The deadline for Completing Early Neutral Evaluation should be continued from January 5, 2006 to January 25, 2006;

2.      The Case Management Conference hearing currently scheduled for January 20, 2006 may be vacated and the matter reset for hearing on Friday, February 17, 2006 at 8:30 a.m. in Courtroom 8, 19th Floor, or as soon thereafter as it may be held; and

3.      The parties shall file a Further Case Management Conference Statement with the Court by Tuesday, February 7, 2005.

Dated: November 15, 2005            /s/_____
                                    NEDA N. DAL CIELO
                                    LITTLER MENDELSON, A Professional Corporation
                                    Attorneys for Defendants
                                    ECHOSTAR SATELLITE, LLC; DISH NETWORK
                                    CALIFORNIA SERVICE CORPORATION; AND
                                    DISH NETWORK SERVICE CORPORATION, LLC

Dated: November 14, 2005            /s/_____
                                    BETH W. MORA
                                    LAW OFFICES OF LUCIUS A. COOPER
                                    A Professional Corporation
                                    Attorneys for Plaintiff
                                    MICHAEL DAYA

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA  95113-2303
408.998.4150

STIPULATION AND [PROPOSED] ORDER
CONT. ENE DEADLINE AND FURTHER CMC (C
05-1737 CRB)                2.

1  **IT IS SO ORDERED.**

2

3  Dated:  November 16 , 2005



4  CHARLES R. BREYER
   UNITED STATES DISTRICT COURT JUDGE

5

6

7

8

9

10

11

12

13  Firmwide:80587169.1 049145.1003

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA  95113-2303
408.998.4150

STIPULATION AND [PROPOSED] ORDER
CONT. ENE DEADLINE AND FURTHER CMC (C      3.
05-1737 CRB)