1  BETH W. MORA, ESQ.  BAR NO: 208859
   LAW OFFICES OF LUCIUS A. COOPER
2  18 Crow Canyon Court, Suite 145
   San Ramon, California  94583
3  Telephone:  (925) 820-8949
   Facsimile:  (925) 820-0278
4
   Attorneys for Plaintiff MICHAEL DAYA
5

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL DAYA, | ) | NO.  C05-01737 CRB |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL;** |
| | ) | **ORDER THEREON** |
| vs. | ) | |
| | ) | |
| ECHOSTAR SATELLITE CORPORATION; DISH NETWORK CALIFORNIA SERVICE CORPORATION; DISH NETWORK SERVICE CORPORATION; ECHOSPHERE CORPORATION, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

   WHEREAS the parties to this action have fully and finally resolved all issues set forth in this case:

   IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice as to all Defendants pursuant to F.R.C.P. 41(a)(1);

   ///

1  IT IS FURTHER STIPULATED by and between the parties through their designated counsel that each party shall bear their own attorneys' fees and costs of suit.

DATED:      February 15, 2006

LAW OFFICES OF LUCIUS A. COOPER
A Professional Corporation

By:     /s/
        BETH W. MORA
        Attorneys for Plaintiff
        MICHAEL DAYA

DATED:      February 13, 2006

LITTLER MENDELSON
A Professional Corporation

By:     /s/
        NEDA N. DAL CIELO, ESQ.
        Attorneys for Defendants

IT IS SO ORDERED.

DATED:      February 16, 2006

By: _____ JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF DISMISSAL; ORDER THEREON
Case No: C05-01737 CRB

2